UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 00-20034
_____

RAYMOND W. MT. JOY; REX P. BRYAN,

Plaintiffs-Appellants,

versus

MID-CONTINENT FUEL COMPANY, INC.; INDUSTRIAL SERVICE
CORPORATION; DEFFENBAUGH INDUSTRIES, INC.;
RONALD D. DEFFENBAUGH,

Defendants-Appellees.

_____

Appeal from the United States District Court
for the Southern District of Texas
(H-98-CV-1829)

_____

October 6, 2000

Before BARKSDALE, and BENAVIDES, Circuit Judges, and VELA,[*] District Judge.

PER CURIAM:[**]

  **AFFIRMED.** *See* 5TH CIR. R. 47.6.

---

[*]     District Judge of the Southern District of Texas, sitting by designation.

[**]     Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.